Antonio Gonzalez-Cruz
150 Raley Town Center Ste 2204
Rohnert Park, California
707-321-3711
tony_gcruz707@yahoo.com
Plaintiff In Pro Per

FILED
2015 JUN 11 P 12: 24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio Gonzalez-Cruz ) | CASE NO: C 15-1462 MEJ |
| ) | |
| Plaintiff, ) | |
| ) | PLAINTIFF REPLY TO AFFIRMATIVE |
| vs. ) | DEFENSES OF DEFENDANT |
| ) | |
| ARS ACCOUNT RESOLUTION SERVICES; ) | |
| ) | |
| Defendant. ) | |

PLAINTIFF ANTONIO GONZALEZ-CRUZ replies to Affirmative Defenses filed by Defendant ARS ACCOUNT RESOLUTION SERVICES and states with regard to each:

Plaintiff denies FIRST Affirmative Defense and requires strict proof;

Plaintiff denies SECOND Affirmative Defense and requires strict proof;

Plaintiff denies THIRD Affirmative Defense and requires strict proof;

Plaintiff denies FORTH Affirmative Defense and requires strict proof;

Plaintiff denies FIFTH Affirmative Defense and requires strict proof;

Plaintiff denies SIXTH Affirmative Defense and requires strict proof;

1  Plaintiff denies SEVENTH Affirmative Defense and requires strict proof;

2

3  Plaintiff denies EIGHTH Affirmative Defense and requires strict proof;

4  Plaintiff denies NINTH Affirmative Defense and requires strict proof;

5

6  Plaintiff denies TENTH Affirmative Defense and requires strict proof;

7  ~~Plaintiff denies ELEVENTH Affirmative Defense and requires strict proof;~~

8  Dated: June 10, 2015

9

10                                             *TGC*
                                        Antonio Gonzalez-Cruz

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28