Ryan B. Polk (SBN: 230769)
Email: rpolk@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorney for defendant
Healthcare Revenue Recovery Group, LLC
d/b/a ARS Account Resolution Services

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GONZALEZ-CRUZ,<br><br>              Plaintiff,<br><br>       vs.<br><br>ARS ACCOUNT RESOLUTION SERVICES,<br><br>              Defendant. | CASE NO.: 3:15-cv-01462<br><br>**DEFENDANT HEALTHCARE REVENUE RECOVERY GROUP, LLC D/B/A ARS ACCOUNT RESOLUTION SERVICES' DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br><br>**N.D. CAL. L.R. 3-15**<br><br>Magistrate Judge Maria-Elena James<br>Ctrm: B, 15th Floor<br><br>Complaint filed: March 31, 2015<br>Trial date: Not set |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Team Health Holdings, Inc., is a parent company of Defendant. It is a Delaware general corporation and public company, the shares of which are publically traded on the NYSE.

Respectfully submitted,

Dated: June 25, 2015    GORDON & REES LLP


By: */s/ Ryan B. Polk*
 Ryan B. Polk (SBN: 230769)
 GORDON & REES LLP
 Attorneys for defendant
 Healthcare Revenue Recovery Group, LLC
 d/b/a ARS Account Resolution Services

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111. On said date below, I served the within documents:

**DEFENDANT HEALTHCARE REVENUE RECOVERY GROUP, LLC D/B/A ARS ACCOUNT RESOLUTION SERVICES' DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

**Plaintiff Pro Per**

Antonio Gonzalez-Cruz
150 Raley Town Center, Suite 2204
Rohnert Park, CA
Phone: (707) 321-3711

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 25, 2015 at San Francisco, California.

*Maria Deang*
───────────────────
Maria Deang