1   Antonio Gonzalez-Cruz
    150 Raley Town Center
2   Suite 2512
    Rohnert Park, California 94928
3   Tel.: (707) 321-3711
    tony_gcruz707@yahoo.com
4
    *Plaintiff Pro Per*
5

6                   **UNITED STATES DISTRICT COURT**
7         **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

8   ANTONIO GONZALEZ-CRUZ,              )   CASE NO.: 3:15-cv-01462-MEJ
                                        )
9                        Plaintiff,     )   **JOINT STIPULATION OF DISMISSAL**
                                        )   **WITH PREJUDICE**
10                                      )
                                        )
11       vs.                            )
                                        )
12  ARS ACCOUNT RESOLUTION              )
    SERVICES,                           )
13                                      )
                         Defendant.     )
14  _____ )

15       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Antonio Gonzalez-Cruz and

16  Defendant, Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services,

17  incorrectly sued herein as ARS Account Resolution Services, jointly stipulate to the dismissal of

18  all claims with prejudice, each party to bear his/its own costs.

19  Dated: November ___, 2015

20  Respectfully submitted,                    Respectfully submitted,

21

22  By: /s/ ⟨signature⟩                        By: /s/ _____

23  ANTONIO GONZALEZ-CRUZ                       RYAN B. POLK (SBN: 230769)
    Email: tony_gcruz707@yahoo.com             Email: rpolk@gordonrees.com
24  150 Raley Town Center                      GORDON & REES LLP
    Suite 2512                                 275 Battery Street, Suite 2000
25  Rohnert Park, California 94928             San Francisco, CA 94111
    Tel.: (707) 321-3711                       Telephone: (415) 986-5900
26                                             Facsimile: (415) 986-8054
27  *Plaintiff Pro Per*                        *Attorney for Defendant*

28                                        -1-
    _____
    STIPULATION OF DISMISSAL WITH PREJUDICE
              Case No. 3:15-cv-01462-MEJ

1

## PROOF OF SERVICE

2

     I am a resident of the State of California, over the age of eighteen years, and not a party

3

to the within action.  My business address is: 150 Raley Town Center, Suite 2512 Rohnert Park, California 94928.  On said date below, I served the within documents:

4

5

### STIPULATION TO DISMISS WITH PREJUDICE

6

☐  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

7

8

☐  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

9

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

10

11

    **Defendant**

12

    Ryan B. Polk

13

    GORDON & REES LLP

    275 Battery Street, Suite 2000

14

    San Francisco, CA  94111

15

     I declare under penalty of perjury under the laws of the State of California that the above

16

is true and correct.

17

     Executed on November XX, 2015 at San Francisco, California.

18

19

_____

           Antonio Gonzalez-Cruz

20

21

22

23

24

25

26

27

28

-2-

<div style="text-align:left; font-style:italic;">Gordon & Rees LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111</div>

1

<div style="text-align:center;"><u>PROOF OF SERVICE</u></div>

2
3

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111.  On said date below, I served the within documents:

4

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

5
6

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

7

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

8
9

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

10

    <u>**Plaintiff Pro Per**</u>

11
12

Antonio Gonzalez-Cruz
150 Raley Town Center, Suite 2204
Rohnert Park, CA
Phone: (707) 321-3711

13
14
15
16

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

17

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

18

    Executed on December 21, 2015 at San Francisco, California.

19
20

*Maria Deang*
Maria Deang

21
22
23
24
25
26
27
28

1105516/23381702v.1

PROOF OF SERVICE                        Case No. 3:15-cv-01462-MEJ